NEW YORK LIFE INSURANCE COMPANY, Respondent, v. JOHAR REALTY Co., INC., and Others, Defendants. LEO FREEDMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH E. HAIKEN, Appellant, for an Order of Mandamus against ALBERT MARINELLI, County Clerk of the County of New York, State of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. MAX AARON and Others, Defendants, and THE ADMINISTRATORS C. T. A. OF THE ESTATE OF RALPH A. GUSHEE, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NATIONAL SURETY COMPANY, Appellant, v. BANK OF MANHATTAN TRUST COMPANY, Respondent, Impleaded with IRA HAUPT and Others, Appellants, and Another, Defendant.— Order so far as appealed from affirmed with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH GREENBERG, Relator, v. JOSEPH T. HIGGINS, as Sheriff of the County of New York, Respondent, and NATIONAL SURETY COMPANY, Appellant.— Order reversed, the writ dismissed and the relator remanded to custody, on the authority of *People ex rel. Kinney* v. *Sheehy* (*National Surety Company*) (240 App. Div. 878, and cases there cited). Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

REGINA BREITEL, Respondent, v. JOSEPH WEINSTEIN and Another, Appellants, Interpleaded in the Place and Stead of PEMBA REALTY CORPORATION.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY HAMMER and Others, Respondents, v. BRITISH TYPE INVESTORS, INC., Appellant.— Orders so far as appealed from modified by providing that leave to serve the amended supplemental complaint in the form proposed is upon the condition that plaintiffs pay the taxable costs to date, including the costs and disbursements of this appeal, together with fifty dollars additional thereto, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, with leave to the respondents to serve said proposed amended supplemental complaint within five days from service of order, upon compliance with said conditions. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HUGH GALLAHER, as Commander of Willard Straight Post, No. 842, The American Legion, on Behalf of Said Willard Straight Post, No. 842, The American Legion, and of All the Members Thereof, Respondent, for a Peremptory Mandamus Order against THE AMERICAN LEGION and Others, Appellants.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

* Affg. 154 Misc. ——.